# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Mideast Construction, LLC | )   ASBCA Nos. 59226, 59272 |
| | ) |
| Under Contract No. W5J9LE-12-C-0029 | ) |

APPEARANCES FOR THE APPELLANT:    Brian A. Bannon, Esq.
    Brian S. Gocial, Esq.
    Lucas T. Hanback, Esq.
     Blank Rome LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
     Engineer Chief Trial Attorney
    Daniel B. McConnell, Esq.
    Michael A. Rea, Esq.
    Pietro O. Mistretta, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Middle East
     Winchester, VA

## ORDER OF DISMISSAL

This dispute has been settled. The appeals are dismissed with prejudice.

Dated: 6 March 2015

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59226 and 59272, Appeals of Mideast Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals